# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KATIE ALTHOFF, and ADAM ALTHOFF,**<br><br>　　　　　　**Plaintiffs,**<br><br>　　vs.<br><br>**WADENA INSURANCE COMPANY,**<br><br>　　　　　　**Defendant.** | **8:24CV82**<br><br>**SECOND AMENDED<br>CASE PROGRESSION ORDER** |

　　　　This matter comes before the Court on the Stipulated Motion to Extend Deadlines (Filing No. 20). After review of the parties' motion, the Court finds good cause to grant the requested extensions. Accordingly,

　　　　**IT IS ORDERED** that the Stipulated Motion to Extend Deadlines (Filing No. 20) is granted, and the amended case progression order is amended as follows:

1) Experts:

   a. The deadlines for identifying expert witnesses and completing expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

   　　For the plaintiffs:　　**May 19, 2025**
   　　For the defendant:　　**June 30, 2025**

   b. The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **July 22, 2025**.

2) The deadline for filing motions to dismiss and motions for summary judgment is **August 13, 2025**.

3) The planning conference set for August 13, 2025, is cancelled. The trial and pretrial conference will not be set at this time. A planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **September 24, 2025**, at **11:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

4) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is **September 30, 2025**. The maximum number of depositions that may be taken by the plaintiffs as a group and the defendants as a group is **eight (8)**.

5) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

6) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 11th day of March, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge